UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Todd LaDoucer,

    Plaintiff,

v.

Sherburne County Jail, Sgt. Chris Hansen,
Jody Williams, Angie Knutson, Sheri Stone,
Jason Kolbinger, and others yet to be named,

    Defendants.

Civil No. 08-4839 (JNE/AJB)
ORDER

This case is before the Court on a Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Magistrate Judge, on November 19, 2009. The magistrate judge recommended that Defendants' Motion for Summary Judgment be granted and that Plaintiff's Amended/Supplemental Complaint be dismissed with prejudice. Plaintiff objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 43]. Therefore, IT IS ORDERED THAT:

1. Defendants' Motion for Summary Judgment [Docket No. 24] is GRANTED.

2. Plaintiff's Amended/Supplemental Complaint is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 14, 2010

          s/ Joan N. Ericksen
          JOAN N. ERICKSEN
          United States District Judge